No. 36. TWIN FALLS CANAL COMPANY, PLAINTIFF IN ERROR, *v.* THE STATE OF IDAHO ET AL. In error to the Supreme Court of the State of Idaho. Argued October 30 and November 2, 1914. Decided November 9, 1914. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Eustis* v. *Bolles,* 150 U. S. 361; *Leathe* v. *Thomas,* 207 U. S. 93; *Yazoo & Miss. R. R.* v. *Brewer,* 231 U. S. 245, 249; *Holden Land Co.* v. *Interstate Trading Co.,* 233 U. S. 536, 541. *Mr. Arthur M. Bowen* for the plaintiff in error. *Mr. J. H. Peterson* and *Mr. Edwin G. Davis* for the defendants in error.